UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
_____ x

       The following Order is subject to the definitions, obligations and restrictions imposed

pursuant to Standing Order M10-468, as Revised.  Upon submission of written application to

this Court, it is hereby

       ORDERED that the following attorney(s) are authorized to bring the Personal Electronic

Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below

into the Courthouse for use in a proceeding or trial in the action

captioned___United States v. Percoco, et al._____

_____, No. _16 Cr. 776_.

The date(s) for which such authorization is provided is (are) _January 8, 2018 - [end of trial]_.

| Attorney | Device(s) |
|---|---|
| 1.   Daniel M. Gitner | One cell phone; one laptop |
| 2.   Jun Xiang | One cell phone; one laptop |
| 3.   Samantha J. Reitz | One cell phone; one laptop |

*(Attach Extra Sheet If Needed)*

       The attorney(s) identified in this Order must present a copy of this Order when entering
the Courthouse.  Bringing any authorized Device(s) into the Courthouse or its Environs
constitutes a certification by the attorney that he or she will comply in all respects with the
restrictions and obligations set forth in Standing Order M10-468, as Revised.

       SO ORDERED:

Dated:      _____

                               _____
                                    United States Judge

Revised: February 26, 2014

| Attorney | Device(s) |
|---|---|
| 4. Rachel S. Berkowitz | One cell phone; one laptop |
| 5. Stephanie O'Connor (Courtroom technician) | Two laptops; hard drives; computer peripherals |
| 6. Ellen Brickman (Courtroom consultant) | One laptop |
| 7. | |
| 8. | |
| 9. | |
| | |