# LANKLER SIFFERT & WOHL LLP
ATTORNEYS AT LAW

500 FIFTH AVENUE
NEW YORK, N.Y. 10110-3398
WWW.LSWLAW.COM

TELEPHONE (212) 921-8399
TELEFAX    (212) 764-3701

January 17, 2018

**BY ECF:**

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v. Percoco, et al.**, S2 16 Cr. 776 (VEC)

Dear Judge Caproni:

    We represent defendant Peter Galbraith Kelly, Jr in the above-referenced case and write with regard to logistical considerations.

    We respectfully request an order granting defense counsel permission to bring into the courthouse for use in the breakout room (Room 530A), from January 19, 2018 through the duration of trial, the following: one trial cart, one set of wire shelving, multiple boxes of documents, and standard office supplies. We will reach out to the District Executive's office to coordinate delivery on January 19, 2018.

Respectfully submitted,

LANKLER SIFFERT & WOHL LLP

By:    /s/ Daniel M. Gitner

Daniel M. Gitner
Rachel S. Berkowitz

**CC:**

All Counsel (Via ECF)