UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOSEPH PERCOCO, et al.,<br><br>　　　　　　　　　　Defendants. | ECF CASE<br><br>NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION<br><br>16 Cr. 776 (VEC) |

TO:　　Clerk of Court
　　　　United States District Court
　　　　Southern District of New York

　　　　The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　DANIELLE R. SASSOON
　　　　　　　　　　　　　　　　　　　　United States Attorney for the
　　　　　　　　　　　　　　　　　　　　Southern District of New York


　　　　　　　　　　　　　　　　　　By:　/s/ Derek Wikstrom_____
　　　　　　　　　　　　　　　　　　　　Derek Wikstrom
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　(212) 637-1085